**FILED**

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0617



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0617

TYILER RAFFERTY,

       Petitioner,

   v.

JIM SALOMNSEN, Warden,
Montana State Prison,

       Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: October 18, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court